

**Adam M. Marshall, Esq.**
amarshall@kdvlaw.com

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

August 24, 2018

<u>**VIA ECF**</u>
Honorable James Orenstein, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   *Re:* *Moran v. U.S. Equities, Corp.*
     <u>*Case No. 1:18-cv-756 (FB)(JO)*</u>

Dear Judge Orenstein:

  This firm represents defendants U.S. Equities Corp. ("U.S. Equities") and Linda Strumpf ("Strumpf") (together, the "Defendants") in the above matter. We write to advise the Court that the parties have reached a settlement in principle. Settlement documents have been exchanged and we anticipate a stipulation of dismissal will be filed within the next 30 days.

  We thank the Court for its attention to this matter.

          Respectfully,

          **Kaufman Dolowich & Voluck, LLP**

       By: <u>/s/ Adam M. Marshall</u>
         Adam M. Marshall, Esq.

cc: Abel L. Pierre, Esq. (via ECF)